AO 91 (Rev. 11/11) Criminal Complaint

# FELONY

United States Courts
Southern District of Texas
FILED
May 04, 2023
Nathan Ochsner, Clerk of Court

## UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America
v.
Hector Eduardo Gamez

Case No. 1:23-MJ-363

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 2, 2023** in the county of **Cameron** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 111 | Assaulting, resisting, or impeding a federal officer |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Brandon Marshall FBI Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to,
Signature attested telephonically per Fed. R. Crim.P. 4.1 on

Date: 05/04/2023

*Judge's signature*

City and state: Brownsville, Texas

Hon. Ignacio Torteya, US Magistrate Judge
*Printed name and title*

United States Courts
Southern District of Texas
FILED
May 04, 2023
Nathan Ochsner, Clerk of Court

1:23-MJ-363

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT & ARREST WARRANT

1. On May 2, 2023, at approximately 6:25 PM, an officer with the San Benito Police Department, utilizing a clearly marked patrol unit, activated his unit's emergency lights and attempted to initiate a traffic stop of a white Dodge Ram pickup truck being driven by Hector Eduardo GAMEZ. After stopping for a few seconds, GAMEZ fled at a high rate of speed in his vehicle.

2. Border Patrol Agent Christopher GARCIA and DEA Special Agents Justin WARDLOW and Ariana DOMINGUEZ, on duty and in clearly marked law enforcement tactical vests, attempted to stop and detain GAMEZ.

3. GAMEZ refused to stop for agents and instead drove his vehicle at Agent GARCIA and the other agents at a high rate of speed.

4. Agents WARDLOW, DOMINGUEZ, and GARCIA then exited their vehicle to avoid being hit by GAMEZ.

5. After nearly colliding with agents, GAMEZ fled the scene at a high rate of speed. GAMEZ was eventually apprehended after a high-speed pursuit.

6. In a recorded interview with GAMEZ, GAMEZ admitted that he recognized that Agent GARCIA and the others were law enforcement agents. GAMEZ further admitted to not stopping and swerving around agents to escape law enforcement. GAMEZ admitted to being the sole occupant and driver of the white Dodge Ram pickup truck.

7. Based on the evidence above, probable cause exists that on May 2, 2023, GAMEZ forcibly assaulted Border Patrol Agent Christopher GARCIA, a federal officer then engaged in the performance of official duties, in violation of 18 U.S.C. 111(a)(1).

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed. R. Crim.P. 4.1., on

Date: May 4, 2023
City and State: Brownsville, Texas

Brandon Marshall, Special Agent
Special Agent
Federal Bureau of Investigation

United States Magistrate Judge
Honorable Ignacio Torteya, III